# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERMENEGILDO PISTRITTO and**
**SEBASTIAN PISTRITTO,**

        **Plaintiffs,**

**-vs-**                                     **Case No.  6:10-cv-1167-Orl-22KRS**

**TIM SCOTT and  CONSOLIDATED**
**ENVIRONMENTAL ENGINEERING**
**LLC,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal With Prejudice (Doc. No. 22) filed on January 18, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, including the Joint Notice of Non-Objection (Doc. No. 24) , the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed February 2, 2011 (Doc. No. 23) is ADOPTED and CONFIRMED and made a part of this Order.

2.       The Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal With Prejudice (Doc. No. 22) is GRANTED in part.  The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3.       Plaintiffs' counsel is prohibited from withholding any portion of the $3,500.00 payable to each Plaintiff under the settlement agreements pursuant to a contingent fee agreement or otherwise.  Plaintiffs' counsel shall provide a copy of this Order to each Plaintiff.

4.       The Court declines to reserve jurisdiction to enforce the settlement agreements.

5.       This case is DISMISSED WITH PREJUDICE.

6.       The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 4, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge